Entered on Docket
June 30, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed June 30, 2014

Roger L. Efremsky
U.S. Bankruptcy Judge

FILED
JUL - 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:  Raymond D. Smith

Case Number:  13-40918 RLE

Chapter 11

DC Number 13 CV 02764 JSW

_____ Debtor/

**BANKRUPTCY JUDGE'S RECOMMENDATION THAT APPEAL BE DISMISSED**

1. Appellant has failed to complete the record on appeal with the clerk of the Bankruptcy Court by supplying copies of designated record or paying for their reproduction as required by Bankruptcy Rule 8006.

2. Pursuant to Rule 8007-1 ( c) (2) of the Local Rules of the United States Bankruptcy Court for the Northern District of California, the undersigned bankruptcy judge recommends that this appeal be dismissed.

3. Local Rule 8007-1 ( c) (2) provides that "If the applicant shall fail to perfect the appeal in the manner prescribed by Bankruptcy Rule 8006, the Bankruptcy Court may, on its own motion,

1  transmit the notice of appeal to the district court with a recommendation that the appeal be
2  dismissed."

**END OF ORDER**

# Notice Recipients

District/Off: 0971–4         User: cfan                  Date Created: 6/30/2014
Case: 13–40918               Form ID: pdfeo              Total: 3

**Recipients of Notice of Electronic Filing:**
ust         Office of the U.S. Trustee/Oak        USTPRegion17.OA.ECF@usdoj.gov
aty         Barbara A. Matthews         barbara.a.matthews@usdoj.gov

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Raymond D Smith       POB 150        Orinda, CA 94563

TOTAL: 1