IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE RAYMOND D. SMITH,

    Debtor,                                              No. C 13-02764 JSW

**ORDER**

/

The appellant debtor Raymond D. Smith has failed perfect the record in accordance with Federal Rule of Bankruptcy Procedure 8006. The Bankruptcy Judge therefore recommended that the appeal be dismissed. The Court HEREBY ADOPTS the recommendation of the bankruptcy court and thus DISMISSES this action for failure to prosecute. A separate judgment shall issue and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: September 8, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE